# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.    ED 14-00433M |
| v. | ) |
| OSCAR FRANCISCO MENDOZA, | ) ORDER OF DETENTION |
| Defendant. | ) |

I.

A. ( )    On motion of the Government in a case allegedly involving:

   1. ( )    a crime of violence.

   2. ( )    an offense with maximum sentence of life imprisonment or death.

   3. ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years .

   4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

   5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (x)    On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

(x)    On the further allegation by the Government of:

1. (X)    a serious risk that the defendant will flee.

2. ( )    a serious risk that the defendant will:

    a. ( ) obstruct or attempt to obstruct justice.

    b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (x)    The Court finds that no condition or combination of conditions will reasonably assure:

1. (x)    the appearance of the defendant as required.

    ( )    and/or

2. ( )    the safety of any person or the community.

B. ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1

**IV.**

2    The Court also has considered all the evidence adduced at the hearing and the

3    arguments and/or statements of counsel, and the Pretrial Services

4    Report/recommendation.

5

6

**V.**

7    The Court bases the foregoing finding(s) on the following:

8    A. (X)    As to flight risk: _____

9    _____ Allegation of escape _____

10    _____ ~~Insufficient bail resources~~ _____

11    _____ Criminal history _____

12    _____

13    _____

14    _____

15    _____

16    B. ( )    As to danger: _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24

**VI.**

25    A. ( )    The Court finds that a serious risk exists that the defendant will:

26        1. ( ) obstruct or attempt to obstruct justice.

27        2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    B. The Court bases the foregoing finding(s) on the following: _____

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9                                    VII.

10

11   A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12   B. IT IS FURTHER ORDERED that the defendant be committed to the

13       custody of the Attorney General for confinement in a corrections facility

14       separate, to the extent practicable, from persons awaiting or serving

15       sentences or being held in custody pending appeal.

16   C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

17       opportunity for private consultation with counsel.

18   D. IT IS FURTHER ORDERED that, on order of a Court of the United States

19       or on request of any attorney for the Government, the person in charge of

20       the corrections facility in which the defendant is confined deliver the

21       defendant to a United States marshal for the purpose of an appearance in

22       connection with a court proceeding.

23

24

25

26   DATED:   August 4, 2015

27                                    KENLY KIYA KATO
                                      UNITED STATES MAGISTRATE JUDGE

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**